

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| In re: OCCIDENTAL WEST TEXAS OVERTHRUST, INC. and OXY USA INC., | § | No. 08-20-00130-CV |
| | § | AN ORIGINAL PROCEEDING |
| Relators. | § | IN MANDMAUS |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Robert E. Cadena, Judge of the 83rd District Court of Pecos, Texas, and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 24TH DAY OF MAY, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.